**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| WILLIAM PENA PENA | CIVIL ACTION NO. 26-1418 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BRIAN ACUNA, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

# JUDGMENT

Considering the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus, Record Document 1, is **DENIED**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 2nd day of November, 2026.

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE